FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 29 2016
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DIVISION OF ARKANSAS
JONESBORO DIVISON
Case: 3:16-cv-00068DPM/JJV

Frederick Smith

VS.

This case assigned to District Judge MARSHALL
and to Magistrate Judge VOLPE

DEMOCRATIC PARTY OF ARKANSAS 1300 W Capitol Ave, Little Rock, AR 72201
[WILL BOND Chairman/Board Member DPA & BENTON SMITH Organizer for DPA Corp.]

COMES NOW; Fred Smith Citizen of the United States, National of the United States, Free White person, Natural Born Citizen, real hueman. Tail estate of the donors body, that has endured the regular order and course of inheritance being the absolute fee simple, beneficiary of the express "Trust" "Preamble" in the Constitution of the United States, posterity, known as We, the People, hereby complains of the actions of defendants DEMOCRATIC PARTY of ARKANSAS; and DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICES in its official capacity, STATE OF ARKANSAS MIKE BEBE in his official capacity, and in their individual capacities, with claim upon their "blanket bond" ARKANSAS FIDELITY BOND TRUST FUND "*FBTF13*" insurance holding company.

## Jurisdiction

Jurisdiction herein is invoked inter alia, *1965 Voting Rights Act*; 28 USC 1331, 1333, 1251, 1253; Constitution of the United States Article 4, sec. 2 and Article 3, and 42 USC 1983, 1985.

## CAUSE OF ACTION

1 This is an action under *1965 VOTING RIGHTS ACT*; 42 USC 1983, 1985 for the deprivation the right to vote and denial of petitioner privileges and immunities afforded from Article 4, sec.2 Constitution of the United States Denied. Plaintiff also claims relief from within *Rules of the Election Commission* and State and Federal Law i.e. 42 USC 1973; Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301.

2 Benton Smith and Will Bond; are residents of Pulaski county Arkansas each are being sued separately in their official and individual capacities.

3 Will Bond was responsible for supervising the training, instruction, discipline, and conduct of DEMOCRATIC PARTY of ARKANSAS including, but not limited to training, instruction, discipline, control, and conduct concerning jurisdiction, Constitution of Arkansas provisions for denying Citizens right to vote for candidates whose names are put on or off the ballot.

4 DEMOCRATIC PARTY of ARKANSAS was responsible for instituting policy for the voting polls, which includes, but not limited to, setting policy guidelines for training for allowing Citizens access to vote for candidates of choice who are on the ballot.

5 The established policy has created a custom to deny upon any person or Citizen who is exercising the free enjoyment of right to vote in Arkansas. DEMOCRATIC PARTY of ARKANSAS is responsible for the established climate and custom that allows poll workers to use deliberate unreasonable force in violating the *1965 Voting Rights Act* and denying petitioner access to vote for himself who was on the ballot; that his right to vote was denied, because petitioner is exercising his free enjoyment of the Constitution of the United States privilege, in connection with the Constitution of Arkansas.

6 DEMOCRATIC PARTY of ARKANSAS are political subdivisions of the State of Arkansas. DEMOCRATIC PARTY OF ARKANSAS COPORATION SERVICE is a political subdivision corporation of Arkansas.

7 Under 1965 Voting Rights Act; 42 USC 1973; Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301, at all times pertinent, DEMOCRATIC PARTY of ARKANSAS was responsible for providing and maintaining advocacy of unlawful acts by groups or individuals against other persons or groups, in this case, Will Bond & Benton Smith directly or indirectly allowed, authorized the provoking and inciting damage, creating VOTER RIGHTS DENIAL to petitioner, which action is not constitutionally protected, poses a threat to public order and Constitution of Arkansas, Constitution of the United States and 1965 Voter Rights Act inter alia, and should be subject to criminal sanctions. Also, the deliberate and willful intention of DEMOCRATIC PARTY of ARKANSAS to conduct behavior by violating the Right to Vote of petitioner under 1965 Voting rights Act.

8 DEMOCRATIC PARTY of ARKANSAS has final policy making authority regarding the provisions on voting for candidates who are on the ballot, voting rights intimidation, Constitutional Voting or Right to Vote inter alia.

9 Defendants Will Bond, Benton Smith are residents of Palaski County, of Arkansas. At all times WILL BOND, was duly elected and acting director of DEMOCRATIC PARTY of ARKANSAS, BENTON SMITH was appointed Director of DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICE.

10 DEMOCRATIC PARTY of ARKANSAS has allowed WILL BOND to perform the election duties, train workers, set policy, which has established certain customs that violate the Constitution of Arkansas and Constitution of the United States. By creating injury to the 1965 Voting Rights Act; 42 USC 1983, 1985; Article 4, sec. 2 Constitution of the United States inter alia. DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICE has allowed BENTON SMITH to control the operations of finance and voting related duties, in lectures *inter alia*, receiving monies to split amongst WILL BOND and BENTON SMITH and others for and in the name of DPA Corp. Serv.

11 At all times pertinent, DEMOCRATIC PARTY of ARKANSAS conspired, as a group, had a meeting of the minds, possessing the power to allow petitioner to vote for himself because he was on the ballot, or stop the established train of abuse committed by poll workers who were supposed to allow any Citizen which includes petitioner who was Registered to vote for a Candidate on the ballot. They carry this authority to make sure all of the orders, rules, instructions, policies and regulations promulgated are with the meaning of 1965 Voting rights Act inter alia. They failed to stop the action that caused this suit of complaint, because they knew before hand to not let "Fred Smith" vote thus verifying and perpetuating the violations listed and to be discussed or laid out.

## **VENUE**

12 DEMOCRATIC PARTY of ARKANSAS is being sued in its capacity as employer and principal of Will Bond, DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICE is being sued in its capacity as employer and principal of Benton Smith.

13 STATE OF ARKANSAS is being sued NOMINALLY in its capacity as a person. [MIKE BEBE] GOVERNOR is responsible for policy of all election commissions in the State of Arkansas as the CEO or manager, Governor who is directly or indirectly involved due to the fact the violations complained of are unreasonable where as Governor, setting adequate policy and training here climate of a custom has been established within the DEMOCRATIC PARTY of ARKANSAS and Corporation Service, that lacks training in denying Citizens rights to vote, allowing Citizens right to vote and lacks provisions in handling concerned Citizens who enter the polls to vote and are told by poll workers that you "Fred Smith" cannot vote for yourself even

though his name is on the ballot violates all law on voting Rights Act of 1965 and shows a lack of supervising in Voting Rights of Citizens of Arkansas.

**CLAIM FOR RELIEF**

14 Fred Smith hereinafter petitioner herein incorporates as reference as if fully set forth herein the allegations of sections 1-13.

15 DEMOCRATIC PARTY of ARKANSAS is a person within the meaning of 1965 Voting Rights Act.

16 DEMOCRATIC PARTY of ARKANSAS is not entitled to 11th amendment immunity because it is local in nature. DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICE is not entitled to sovereign immunity because of the purchase of insurance in bond and otherwise.

17 Article 4, section 2 Constitution of the United States provides citizens , includes petitioner with immunity and privilege, to be free to exercise his suffrage in accord with 1965 Voters Rights Act.

18 STATE OF ARKANSAS has delegated its voting operations to DEMOCRATIC PARTY of ARKANSAS who has delegated its statutory responsibility for, and final policy making authority regarding the provision of allowing persons to vote at the polls in Arkansas only of persons names who are on the ballot by allowing Will Bond, Benton Smith to perform this function of DEMOCRATIC PARTY of ARKANSAS and DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICE without interference or correction.

20 STATE OF ARKANSAS has delegated its voting operations to DEMOCRATIC PARTY of ARKANSAS who has delegated final policy making authority regarding the voting provision of franchise, to Will Bond, Benton Smith, and jurisdictional action, by allowing Will Bond, Benton Smith to perform aspects of this function without interference or correction.

21 The policy making decisions of Chief Will Bond, Benton Smith with regard to the provision of voting privilege, operation of corporation services in receiving monies, poll facilities authorization of Citizens to vote for persons on the ballot who are within the jurisdictional bounds of STATE OF ARKANSAS are imputed to WILL BOND, BENTON SMITH.

22 The policy making decisions mentioned of WILL BOND including those imputed to BENTON SMITH by DEMOCRATIC PARTY of ARKANSAS and DEMOCRATIC PARTY of

ARKANSAS CORPORATION SERVICES are imputed to DEMOCRATIC PARTY of ARKANSAS by STATE OF ARKANSAS [indirectly] by Governor MIKE BEBE are imputed and serve to bind both, STATE OF ARKANSAS and DEMOCRATIC PARTY of ARKANSAS directly or indirectly.

23 It is the official policy of STATE OF ARKANSAS and DEMOCRATIC PARTY of ARKANSAS to deny PETITIONER the right to vote at the polls who is "registered" or "qualified" to cast a free ballot for the candidate of his choice of whose name is on the ballot is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

24 In the alternative, the manner in which STATE OF ARKANSAS, DEMOCRATIC PARTY of ARKANSAS, directors, poll workers, State officials are trained, including the design and implementation of training programs and the follow-up supervision of trainees, is a matter of policy.

25 These actions committed have become widespread to recognize the quality of custom or usage. The official duty of final policy makers of STATE OF ARKANSAS and DEMOCRATIC PARTY of ARKANSAS inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed.

26 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to STATE OF ARKANSAS and DEMOCRATIC PARTY of ARKANSAS, and part to DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICES and LOCAL GOVERNMENT OFFICIALS.

27 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to vote is furtherance of an official policy, custom or usage of STATE OF ARKANSAS, and DEMOCRATIC PARTY of ARKANSAS and such official policy, custom, or usage was direct and proximate cause of such deprivation.

28 GOVERNOR is not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

29 WILL BOND, BENTON SMITH in their official capacity are a person within the meaning of 42 USC 1983, 1965 Voting rights Act.

30 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury-such are the violations here; to petitioner. WILL BOND, BENTON SMITH had actual

constructive knowledge given to them from state officers, who knew or should have known having a meeting of the minds Will Bond, Benton Smith, Governor all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

31 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

32 A reasonable person in their positions of defendants would have known that his actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.

33 GOVERNOR is liable under the law of Arkansas for such actions of Will Bond, Benton Smith individual violations based on the doctrine of respondent superior.

34 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

35 Petitioner is entitled to recover damages against STATE OF ARKANSAS, DEMOCRATIC PARTY of ARKANSAS S or WILL BOND, BENTON SMITHS bonds' pursuant to Arkansas law.

36 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, VOTING rights, of petitioner, which said defendants knew, or should have known, was reasonably likely to result in injury, damage, or other harm.

**FACTS**

CONSPIRACY

Claim of RICO, and Sherman Act Violations

37 Petitioners hereby incorporate the factual allegations of all previous paragraphs as though those allegations were fully set forth herein.

38 This pattern of Racketeering and Corrupt influence by Defendants is wide spread throughout Arkansas. This complaint also alleges violations under the Organized crime Control Act of 1970, Pub. L. No. 91-452, section 901(a), 84 Stat. 941, Racketeering Influenced and Corrupt Organizations (RICO), Sherman Anti-Trust Act, that Petitioner complains – where DEMOCRATIC PARTY of ARKANSAS by and thru the enterprise DEMOCRATIC PARTY of

ARKANSAS CORPORATION SERVICES-BENTON SMITH; and by an thru the principal enforcer Will Bond.

39 With participant, Will Bond, by and thru orders from the affairs of the enterprise "STATE OF ARKANSAS" incorporating DEMOCRATIC PARTY of ARKANSAS with Director of Corporation Services Benton Smith, influenced acts, and displays of conduct from this pattern of influence and has violated Article 4, Sec. 2 Constitution of the United States, 18 USC 1962(c), (a),(b), and is brought against "DEMOCRATIC PARTY of ARKANSAS" "DEMOCRATIC PARTY of ARKANSAS CORPORATION SERVICES" organization, thru Benton Smith, in connection to victim of a monopoly scheme devised, conducted, and/or participated in by Defendants, where each of whom are organizations of the STATE OF ARKANSAS by or associated with STATE OF ARKANSAS.

40 Will Bond participant of DEMOCRATIC PARTY of ARKANSAS, receives income derived from the enterprise, where *It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.* By conduct and participants, Will Bond, Benton Smith, in the affairs of the enterprise where *It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.*

41 Will Bond conduct or participation, directly or indirectly, in the conduct of the affairs of the DEMOCRATIC PARTY of ARKANSAS, through a pattern of racketeering activity, creating, establishing, to monopolize the person, where defendants association, participation with the enterprise affairs, who conspired to do so, and to wrongfully and unlawfully divert the right to vote of petitioner thru false claims where petitioner was violated by being denied the right to exercise his "Constitutional Right To Vote" was told you cannot vote for yourself-Fred Smith, without cause, or reason for denial.

42 Conspiracy past down to voting poles to systematically in a scheme to defraud petitioner by taken away his right to vote that's guaranteed by Article 4, sec. 2; the 14th amendment of the Constitution of the United States without cause is egregious, absurd, willful, deliberate indifference to the privileges and immunities guaranteed by Article 4 sec. 2 Constitution of the United States violating 1965 Voters Rights Act.

43 Against defendants, where petitioner has been injured in denial of right to vote. Is Forced slavery, to not be able to accept a vote, for Fred Smith from biased & prejudice order sent under color of law conducted by willful participant Will Bond who is chairman for DEMOCRATIC PARTY of ARKANSAS who participated in the affairs of the enterprise - DEMOCRATIC PARTY of ARKANSAS, where if he would devote a significant amount of energy to conspire

with others – Benton Smith too, he would be guaranteed income derived from his participation in the scheme to deny, take away Petitioners Constitutional privilege to Vote and seek public office shocks the conscious. To the detriment of Representative Fred Smith, violating, Sherman Anti-Trust Act, RICO and Constitution of the United States, and **1965 Voting Rights Act** inter alia.

## FACTS SPECIFIC

1965 Voting Rights Act

44 *No voting qualification or prerequisite to voting, or standard, practice, or procedure shall be imposed or applied by any State or political subdivision to deny or abridge the right of any Citizen of the United States to vote on account of race or color* herein, petitioner claims "Discrimination" upon him being a "African American" in Arkansas who was denied the right to vote.

45 Also, these discriminating actions caused direct immediate damage to petitioner not being allowed to vote for the candidate of his choice was a act of forced slavery in violation of the *14th Amendment* of the Constitution of the United States and violated *1965 Voting Rights Act* by defendants to deny the petitioner the privilege to choose a candidate of choice. All Defendants violated 42 U.S.C.A. § 1983 failing to provide due process to petitioner in making public false statements to a Citizen of the 50th District who entered the polls to vote for Fred Smith in exercising freedom of right to vote but was defrauded by DEMOCRATIC PARTY of ARKANSAS with defamatory instructional information for defendants own professional gain and Representation to seat another Candidate or keep that nigger out of the 50th district seat even though that district is predominately "African American" because DEMOCRATIC PARTY of ARKANSAS wants a "White Person" in that seat.

## SECOND CAUSE OF ACTION

Title 42 U.S.C. 1973 et. seq, &
Violation of the 1965 Voting Rights Act,

46 Plaintiff re-alleges all allegations contained in above Paragraphs, that the Defendants on or about March 13, 2012 through April 13, 2014 committed said acts of the Complaint are incorporated herein as set forth in full and that the Defendants actions violate the Constitution of the United States as well as for the Constitution of the Republic of Arkansas; **Ark. Code Ann. §§ 16-56-105 (5),(6)** *et seq.*, for, Discrimination and damages to Right to Vote in violation of the ***1965 Voting Rights Act*** denying his right to vote because his name was on the ballot as a Democrat. The Defendants: DEMOCRATIC PARTY of ARKANSAS & DEMOCRATIC PARTY OF ARKANSAS CORPORATION SERVICES is organized as a corporation operating within the State of Arkansas. That these defamatory instructions given by the DPA Chairman, Will Bond

caused direct immediate damage to Mr. Smith's opportunity to Vote and run for the seat which their actions damaged the free exercise of right to vote, of petitioner which caused a great deal of stress and anxiety to him being denied like a slave during Jim crow era and Martin L. King period in open hangings, beatings of African Americans who went to vote and were abused by them and others.

## RELIEF SOUGHT

WHEREFORE Petitioner, demands judgment against the defendants, jointly and severally, as follows:

a.) as compensatory damages, the sum of $300,000.00 Three Hundred Thousand Dollars;

b.) as punitive damages to the petitioner's free exercise of right to vote, in the sum of $300,000.00 Three Hundred Thousand Dollars for the Defendants willful, arbitrary and negligent actions in treble damages;

c.) Exemplary and emotional damages be imposed for the Petitioner's emotional distress in restitution for his economic losses in the sum of $300,000.00 Three Hundred Thousand Dollars in that the loss personal representation and undue stress upon our family life;

d.) Attorneys' fees imposed in prosecuting this action pursuant to the Defendants actions;

e.) And that other such further relief as to the Court deems proper.

Former Representative

Fred Smith

JURAT

STATE ARKANSAS

COUNTY Crittenden

BEFORE me affirmed this day of 25 of February 2016 appeared ______________, proving to be the petitioner in this matter

and has subscribed her signature this day.

NOTARY

My commission expires: 7/25/18

OFFICIAL SEAL - NO. 12367146
BERNICE MARSHALL
NOTARY PUBLIC - ARKANSAS
CRITTENDEN COUNTY
MY COMMISSION EXPIRES: 07-25-18

SEAL

John 3:16




# 2012 Political Practices Pledge

I, Frederick Smith, a candidate for the office of State Representatives, do hereby state that I am familiar with the requirements of A.C.A. §§ 7-1-103, 7-1-104, 7-3-108, 7-6-101, 7-6-102, 7-6-103, and 7-6-104, known as the Political Practices Provision of the Arkansas Election Code, and that I will in good faith comply with the provisions of the same.

I hereby certify that I have paid all filing fees or have otherwise qualified by an alternate method as provided by the Party and have filed a Candidate Eligibility Application as required by the Democratic Party of Arkansas.

**ALL CANDIDATES MUST COMPLETE THE FOLLOWING SECTION:**

I hereby certify that I have never been convicted of a felony in the State of Arkansas, or in any other jurisdiction outside of Arkansas.*

Name: FredeRick Smith

**(Print name exactly as it will appear on the Ballot.)**

Address: P.O Box 233

City: Crawfordsvile Ark.

Signed this MARCH day of 1, 2012

(Signature)**

***MUST BE SIGNED BY ALL CANDIDATES WHOSE NAME WILL APPEAR ON THE BALLOT***

Name as recorded on your voter Registration Records (if different):

* A prospective candidate for state, district, county, municipal or township office who has had a felony conviction expunged in accordance with Ark. Code Ann. Section 16-93-301-303 or similar expunction statute in another state may certify that he or she has never been convicted of a felony, provided the candidate presents a certificate of expunction from the court that convicted the prospective candidate. See Ark. Code Ann. Section 7-6-102(d)

White Copy: Secretary of State Yellow Copy: Candidate Pink Copy: Democratic Party of Arkansas




# 2012 District, State, or Federal Candidate

# Receipt of Filing Fee

THE DEMOCRATIC PARTY OF ARKANSAS CERTIFIES THAT Frederick Smith HAS COMPLETED ALL NECESSARY REQUIREMENTS TO FILE AS A CANDIDATE FOR THE OFFICE OF State Representatives IN THE DEMOCRATIC PREFERENTIAL PRIMARY ELECTION TO BE HELD ON TUESDAY, MAY 22, 2012.

THIS CERTIFIES THAT THE CANDIDATE HAS SIGNED A DEMOCRATIC PARTY POLITICAL PRACTICES PLEDGE AND HAS PAID ALL REQUIRED FILING FEES.

WITNESS MY HAND THIS 1 DAY OF March, 2012.

[signature]

Chairman, Democratic Party of Arkansas

White Copy: Secretary of State Yellow Copy: Candidate Pink Copy: Democratic Party of Arkansas



Democratic Party of Arkansas

2012 DISTRICT, STATE, OR FEDERAL CANDIDATE FILING FORM



ffice Sought: State Representative District or Position #: 50

andidate Name: Frederick Smith Date of Birth: 11/15/70 Sex:

esidence Address (street, city, zip): P. O Box 233 / 106 Green st Crawfordsville Ark. 72327

hone: 901.406.6631

(Residence) (Business) (Campaign) (Cell)

oter Reg. #: Marital Status: yes Spouse's Name: TASHA Smith

hildren (names & ages): Lil Fred Smith Jr / Mckayla Smith

ccupation: CEO Save our Kids Employer: Founder

mail Address/Website: ~~[illegible]~~ / SOKacademics@yahoo.com Campaign Contact: 901 406 6631

~~urrent Office Held (if any): West Memphis Ark. Previous Office Held (if any):~~

CANDIDATE ELIGIBILITY APPLICATION

request that the Democratic Party of Arkansas place my name on the ballot in the Democratic Primary elections to be held on May 22, 012 and the run-off (if required) June 12, 2012 as a candidate for the Democratic nomination for the office specified above.

s a candidate in the Democratic Primary elections to be held May 22, 2012, I agree to abide by the results of said Primary Elections nd support the Principles of the Democratic Party. I am eligible and legally qualified to file for the office under Arkansas law.

understand that my filing will not be complete unless and until I file the legally required "Political Practices Pledge" with the Democratic Party of Arkansas and the Secretary of State for district, state, and federal offices. I understand that my name will be printed on the ballot in the same form as I sign my name on said Political Practices Pledge.

ignature: [signature] Date: March 1, 2012

FOR STATE PARTY USE ONLY

tate of Arkansas

County of Pulaski

Subscribed and sworn to me a Notary Public this 1st day of March, 2012.

My commission expires: 12/4/17

Notary Public: [signature] Angela Barnes

ANGELA BARNES
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires December 04, 2017
Commission No 12363605

White Copy: Secretary of State Yellow Copy: Candidate Pink Copy: Democratic Party of Arkansas

Mark Martin, Secretary of State

Elections Division, Room 026
State Capitol
Little Rock, Arkansas 72201

# Political Practices Pledge

I, Frederick Smith a candidate for the Office of State Representatives (Name of office)

District Number 50, Division Number ________, Position Number ________, hereby state that I am familiar with the requirements of Arkansas Code Annotated §§ 7-1-103, 7-1-104, 7-3-108, 7-6-101, 7-6-102, 7-6-103, and 7-6-104 and that I will in good faith comply with the provisions of the same.

**Check all that are applicable:**

✓ CANDIDATE FOR PARTY NOMINATION — Name of Party Democratic

____ NON-PARTISAN JUDICIAL CANDIDATE

____ INDEPENDENT CANDIDATE

____ WRITE-IN CANDIDATE

____ SCHOOL BOARD CANDIDATE

FILED
MAR 01 2012
Arkansas
Secretary of State

***ALL CANDIDATES MUST COMPLETE THE FOLLOWING SECTION:***

I hereby certify that I have never been convicted of a felony in the State of Arkansas, or in any other jurisdiction outside of Arkansas.**

[signature]
Sign your name

March 1 2012
Date Signed

Frederick Smith
Print your name as it is to appear on ballot
*(See Below, AR Code Annotated § 7-7-305(c))*

PO Box 233//06 Green St
Address

Crawfordsville Arkansas
City, State & Zip Code

****A prospective candidate for state, district, county, municipal or township office who has had a felony conviction expunged in accordance with Ark. Code Ann. Section 16-93-301 to 303 or similar expunction statute in another state may certify that he or she has never been convicted of a felony, provided the candidate presents a certificate of expunction from the court that convicted the prospective candidate. See Ark. Code Ann. Section 7-6-102(d)*

7-7-305. Printing of ballots - Form.

(c)(1)(A) Any person who shall file for any elective office in this state may use not more than three (3) given names, one (1) of which may be a nickname or any other word used for the purpose of identifying the person to the voters, and may add as a prefix to his or her name the title or an abbreviation of an elective public office the person currently holds.

(B) A person may use as the prefix the title of a judicial office in an election for a judgeship only if the person is currently serving in a judicial position to which the person has been elected.

(C) A nickname shall not include a professional or honorary title.

(2) The names and titles as proposed to be used by each candidate on the political practice pledge or, if the political practice pledge is not filed by the filing deadline, then the names and titles that appear on the party certificate shall be reviewed no later than one (1) business day after the filing deadline by the Secretary of State for state and district offices and by the county board of election commissioners for county, township, school, and municipal offices.

(3)(A) The name of every candidate shall be printed on the ballot in the form as certified by either the Secretary of State or the county board.

(B) However, the county board of election commissioners may substitute an abbreviated title if the ballot lacks space for the title requested by a candidate.

(C) The county board of election commissioners shall immediately notify a candidate whose requested title is abbreviated by the county board of election commissioners.

(4) A candidate shall not be permitted to change the form in which his or her name will be printed on the ballot after the deadline for filing the political practices pledge.

Rev. 2/2012

ark Martin, Secretary of State 1202000155002
ctions Division, Room 026
ite Capitol
le Rock, Arkansas 72201

ections Division
one 501-682-5070
x 501-682-3408

# Candidate Information Form & Receipt For 2010 Election Year

FILED
MAR 01 2012
Arkansas
Secretary of State

ame of Candidate: Frederick Smith

ffice Sought: Arkansas District No. 50 (If any) Division No. ____ (if any)

osition No. ____ (if any) County in which Candidate resides: Crittenden

arty Affiliation: Democrat ✓ Republican ____ Libertarian ____ Green ____

Non-Partisan Judicial ____ Other ____

hone: (901) 406 6631 *Please put the number you want released to the public.*

ermanent Address:
Po Box 233
Crawfordsville Ark
72327

Campaign Address: (if different from permanent address)

he Secretary of State has received a party certificate or other document showing Candidate's payment of filing fees, etc ......... ✓
andidates for Non-Partisan Judicial position have either paid a filing fee or filed sufficient petition signatures ......... N/A
andidate completed and signed a Political Practices Pledge ......... ✓
andidate has been offered the opportunity to complete optional background information ......... ✓
andidate has received an information packet which includes: ......... ✓

1. Arkansas Election Calendar
2. Campaign Finance Forms
3. Campaign Finance Rules & Regulations
4. Statement of Financial Interest

**his receipt** shall serve as verification that all filing procedures with the Secretary of State's office have been completed, nd the above candidate is officially filed for the 20 12 election ballot.

Candidate's Signature

Elections Division Staff

***** The following information is optional *****

Marital status: Married ☐ Single ☐ Sex: Male ☐ Female ☐

Place of birth: ____ Date of birth: ____

Number of children: ____ Religion: ____ Occupation: ____

Schools attended: ____

Current public office held (if any): ____

Previous public office(s) held (if any): ____

E-mail address: ____

Rev. 2/1/12




*Search Incorporations, Cooperatives, Banks and Insurance Companies*

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | DPA SERVICES CORPORATION |
| Fictitious Names | DEMOCRATIC PARTY OF ARKANSAS |
| Filing # | 800119997 |
| Filing Type | Nonprofit Corporation |
| Filed under Act | Dom Nonprofit Corp; 1147 of 1993 |
| Status | Good Standing |
| Principal Address | 1300 WEST CAPITOL<br>LITTLE ROCK, AR 72201 |
| Reg. Agent | BENTON SMITH |
| Agent Address | 1300 WEST CAPITOL<br><br>LITTLE ROCK, AR 72201 |
| Date Filed | 10/05/2007 |
| Officers | BENTON SMITH , Incorporator/Organizer<br>WILL BOND , Principal<br>WILL BOND , Director<br>KAREN GARCIA , Director<br>JOYCE ELLIOTT , Director<br>JOYCE ELLIOTT , Principal<br>KAREN GARCIA , Principal |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity** Submit a Nonprofit Annual Report

Change this Corporation's Address

16

We, the undersigned, acting as incorporators of a corporation under the Arkansas Non profit Act (Act 1147 of 1993), adopt the following Articles of Incorporation of such corporation.

**First:** The name of the Corporation shall be:

DPA SERVICES CORPORATION

**Second:** The corporation is: PUBLIC - BENEFIT CORPORATION

**Third:** Will this corporation have members: NO

**Fourth:** Provisions, not inconsistent with the law, regarding the distribution of assets on dissolution:

IN THE EVENT OF DISSOLUTION OR FINAL LIQUIDATION OF THE CORPORATION, THE BOARD OF DIRECTORS, AFTER PAYING OR MAKING PROVISION FOR PAYMENT OF ALL LIABILITIES OF THE CORPORATION, SHALL DISPOSE OF ALL THE ASSETS OF THE CORPORATION IN SUCH A MANNER AS THEY DETERMINE AMONG THEMSELVES.

**Fifth:** The street address of the corporation's initial registered office is:

Street Address 1300 WEST CAPITAL

City: LITTLE ROCK

State: AR ZIP: 72201-

and the name of its initial registered agent at this office is:

BENTON SMITH

**Sixth:** The name and address of each Incorporator is as follows:

Name 1 BENTON SMITH

Address 1 P.O. BOX 1594
JONESBORO, AR
72401

Name 2

Address 2

Name 3

Address 3

Name 4

Address 4

Name 5
Address 5
Name 6
Address 6
Name 7
Address 7
Name 8
Address 8
Name 9
Address 9
Name 10
Address 10

**Signature of an Incorporator:**

BENTON SMITH

# STATE OF ARKANSAS

To All to Whom These Presents Shall Come-Greeting:

*Know Ye, That Whereas, It appears that*

## *Fred Smith*

*was duly elected State Representative District 50 in and for the State of Arkansas, at an election held on the sixth day of November, Two Thousand Twelve.*

***Therefore, I, Mike Beebe,*** *Governor of the State of Arkansas, in the name and by authority of the people of the State of Arkansas, vested in me by the Constitution and the laws of said State do hereby commission the aforenamed to the office of*

*State Representative District 50*

*in and for the State of Arkansas for and during the term prescribed by the laws of the State.*

*Fred Smith is therefore, hereby authorized to do and perform all and singular the duties incumbent upon the office of*

*State Representative District 50*

*in and for the State of Arkansas, according to law and the trust reposed in said office.*

*In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed at Little Rock, this fourteenth day of January, in the year of Our Lord Two Thousand Thirteen.*

*Mike Beebe, Governor*

*Mark Martin, Secretary of State*

How can a man servite as a state Rep.
after being convicted by the Democratic
Party, can be convicted by the Judge,
Kick off the ballot, denied of
his voter right an Due Process
of equal protection...
An still became State
Representative of Arkansas
the same Year!

John 3:16
Psalm 23



Standing on God, cover in the blood of Jesus christ

ArkansasOnline

Search ArkansasOnline

Will Bond is denying me to register... This is not 'Right'

The Flood Advisory c

TOP PICKS

# Democratic Party sues to get Smith off ballot

By Gavin Lesnick
This article was published March 13, 2012 at 10:44 a.m.

This is Will Bond Talking to Mike Bebe. Trying to stop me from filing.

"I never been Convicted"

Proud sponsor of All Arkansas Preps

St. Vincent

LITTLE ROCK — The Democratic Party of Arkansas has filed a lawsuit to prevent former Rep. Fred Smith, D-Crawfordsville, from running for the post in the state's May 22 primary.

Smith resigned from the House in January 2011 after being found guilty of felony theft of property delivered by mistake. But in the waning minutes of the filing period on March 1, Smith refiled for the position, not directly answering questions about whether his criminal record had been expunged.

Candace Martin, a spokesman for the Democratic party, said its officials have verified Smith's theft conviction has not been expunged. The party requested the Secretary of State remove Smith's name from the ballot, but that agency said it was not authorized to do so.

"Unfortunately we did not reach a workable solution in that situation," Martin said. "So legal action was the last order available to make sure the law is upheld."

Psst..are you a patriot?

Preliminary injunction ordered in abortion-ban case

Gavel falls on '13 legislative session

Obama tries to regain control amid controversies

Judge blocks 12-week limit for abortions

Records set as winterlike conditions hit state