# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

FREDERICK SMITH                                                    PLAINTIFF

v.                                No. 3:16-cv-68-DPM

DEMOCRATIC PARTY OF ARKANSAS;
WILL BOND, Chairman/Board Member of
Democratic Party of Arkansas; BENTON
SMITH, Organizer for Democratic Party of
Arkansas; State of Arkansas; Mike Bebe, in
his official and individual capacities; and
ARKANSAS FIDELITY BOND TRUST FUND,
FBTF13                                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
24 May 2016